

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 7, 2021**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:  
DAVID DWAYNE CARPENTER  
        Debtor

Case No. 21-30974-MVL-13

### Order Denying Confirmation

On December 02, 2021 , came on for consideration the Confirmation of the plan filed June 10, 2021 by the Debtor.

The Court finds that good cause exists for the entry of this Order; it is therefore

**ORDERED THAT** Confirmation is hereby denied.

Order Denying Confirmation,  Page 2
21-30974-MVL-13
DAVID DWAYNE CARPENTER

### End of Order ###

Signed:    /s/ Thomas D. Powers
           _____
           Thomas D. Powers, Trustee
           State Bar # 16218700

Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0756  (Fax)

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 21-30974-mvl

David Dwayne Carpenter     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 1

Date Rcvd: Dec 08, 2021     Form ID: pdf019     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Dwayne Carpenter, 1320 NW Summercrest Blvd, Apt. 338, Burleson, TX 76028-9438 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chandra Dianne Pryor | on behalf of Creditor Toyota Motor Credit Corporation Chandra.Pryor@BonialPC.com Notices.Bonial@ecf.courtdrive.com |
| Jason Nathan Allen | on behalf of Debtor David Dwayne Carpenter jallen@semradlaw.com txnb.courtview@slfcourtview.com |
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4